UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 21-7738-CBM-AGRx |
| Date | October 9, 2024 |
| Title | United States of America v. American Honda Finance Corp. |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- ORDER RE: JOINT STATUS REPORT AND DISMISSAL OF ACTION [23] [JS-6]**

On October 6, 2021, the Court entered a Consent Order which remained "in effect for a period of three (3) years from the date of entry." (Dkt. No. 7.) The Consent Order provided "[t]he Court shall retain jurisdiction for the duration of this Order to enforce its terms, after which time this case shall be dismissed with prejudice," and the United States may move the Court to extend the duration of the Consent Order "in the interests of justice." (*Id.*) On October 7, 2024, the parties filed a joint status report regarding Defendant's compliance with the Consent Order and stating the Consent Order expired on October 6, 2024. (Dkt. No. 23.) The United States has not moved to extend the duration of the Consent Order.

Accordingly, this action is dismissed with prejudice.

**IT IS SO ORDERED.**